PAUL M. LOPEZ
LARRY R. BOYD
EMILY M. HAHN
ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
1700 REDBUD BLVD, SUITE 300
MCKINNEY, TEXAS 75069
TELEPHONE: (214) 544-4000
TELECOPIER: (214) 544-4040
ATTORNEYS FOR COLLIN COUNTY
TAX ASSESSOR COLLECTOR

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HILLERY LEWAYNE HARDEMAN | § | |
| | § | CASE NO. 21-41400 |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010 (b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a)**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

*COLLIN COUNTY TAX ASSESSOR/COLLECTOR* on behalf of Collin County and Collin County Community College District, secured creditors in the above-referenced matter, hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon the following attorneys:

| **Paul M. Lopez**                | **Larry R. Boyd**                | **Emily M. Hahn**                |
|----------------------------------|----------------------------------|----------------------------------|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. |
| 1700 Redbud Blvd, Ste. 300       | 1700 Redbud Blvd, Ste. 300       | 1700 Redbud Blvd, Ste. 300       |
| McKinney, Texas 75069            | McKinney, Texas 75069            | McKinney, Texas 75069            |
| Telephone: (214) 544-4000        | Telephone: (214) 544-4000        | Telephone: (214) 544-4000        |
| Telecopier: (214) 544-4040       | Telecopier: (214) 544-4040       | Telecopier: (214) 544-4040       |
| plopez@abernathy-law.com         | bankruptcy@abernathy-law.com     | ehahn@abernathy-law.com          |

attorneys for *COLLIN COUNTY TAX ASSESSOR/COLLECTOR*.

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002 or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, ECF, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

By: /s/ *Paul M. Lopez*
**Paul M. Lopez**
State Bar No. 24076516
plopez@abernathy-law.com
**Larry R. Boyd**
State Bar No. 02775000
lboyd@abernathy-law.com
**Emily M. Hahn**
State Bar No. 24101846
ehahn@abernathy-law.com
**Abernathy, Roeder, Boyd & Hullett, P.C**.
1700 Redbud Blvd., Ste. 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Telecopier: (214) 544-4040
**ATTORNEYS FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 7, 2021, a copy of the foregoing document was served on the parties electronically via the Court's ECF System.

/s/ *Paul M. Lopez*