# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-41400 |
| **HILLERY LEWAYNE HARDEMAN** | § | |
| **and JOYCE MARCELLA HARDEMAN,** | § | (Chapter 7) |
| | § | |
| DEBTORS. | § | |

## MOTION TO COMPROMISE CONTROVERSY

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS PLEADING UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING *WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.**

**IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

**IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**COMES NOW**, Michelle H. Chow, the duly appointed and acting Chapter 7 Trustee in the above-referenced case, by and through her counsel Singer & Levick, P.C. and, pursuant to 11 U.S.C.

§§ 327 and 328(a), and Fed. R. Bankr. P. 2014 and 9013, files this, her *Motion to Compromise Controversy* ("**Motion**") and, in support thereof, would respectfully show unto the Court as follows:

## I. JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (O). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The relief requested herein is authorized under 11 U.S.C. §§105 and 541, as well as Bankruptcy Rule 9019(a).

## II. FACTUAL AND PROCEDURAL BACKGROUND

2. On October 4, 2021 ("**Petition Date**"), Hillery LeWayne Hardeman and Joyce Marcella Hardeman ("**Debtors**") filed a voluntary Petition under Chapter 7 of Title 11 of the UNITED STATES CODE ("**BANKRUPTCY CODE**") in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division under Case No. 21-41400 ("**Bankruptcy Case**").

3. Michelle H. Chow was the duly appointed Chapter 7 Trustee ("**Trustee**") for the Debtors in the Bankruptcy Case.

4. The original 341 meeting of creditors was scheduled, conducted, and concluded on October 29, 2021, with the Trustee determining that the Bankruptcy Case was a "no asset" case and filing a *No Distribution Report*. On December 29, 2021, the Court entered its *Order of Discharge* (**Dkt.017**) and, on January 12, 2022, the Bankruptcy Case was closed.

5. On September 16, 2024, the Trustee filed a *Motion to Reopen Bankruptcy Case to Administer Estate Property* (**Dkt.021**) and, on September 18, 2024, the Court entered its *Order Granting Motion to Reopen Bankruptcy Case* (**Dkt.022**).

6. On October 1, 2024, the Trustee was re-assigned to the case by the U.S. Trustee, and subsequently, on October 1, the Trustee filed the *Withdrawal of No Distribution Report* (**Dkt.024**)

7. On October 18, 2024, the *Application of Trustee for Employment of Singer & Levick, P.C. as General Counsel* (**Dkt.028**) was filed and, on November 4, 2024, this Court entered its *Order Approving Employment of Singer & Levick, P.C. as General Counsel* (**Dkt.030**).

8. On April 14, 2023, Debtors filed a lawsuit based upon a pre-petition personal injury claim styled *Joyce M. Hardeman and Hillery LeWayne Hardeman v. Andrea Natasha Jutta Fox*, Cause No. DC-296-01901-2023 in the 296th Judicial District Court of Collin County, Texas ("**State Lawsuit**").

9. On February 27, 2025, the *Application of Trustee for Employment of Daspit Law Firm, PLLC as Special Counsel on Contingency Fee Basis* (**Dkt.034**) was filed. On March 18, 2025, this Court entered its *Order Approving Employment of Daspit Law Firm, PLLC as Special Counsel on Contingency Fee Basis* (**Dkt.035**) pursuant to which the Daspit Law Firm shall be compensated by a payment of forty-four percent (44%) of the gross recovery plus all reasonable costs and expenses.

10. The Daspit Law Firm represents the Trustee in the State Lawsuit.

### III. TERMS OF SETTLEMENT

11. After extensive negotiations, a settlement was reached, subject to Court approval, wherein a payment will be made on behalf of Andrea Natasha Jutta Fox and Brenda Wilson for the claim of Debtor Hillery LeWayne Hardeman in the amount of One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00), and a payment will be made on behalf of Andrea Natasha Jutta Fox and Brenda Wilson for the claim of Debtor Joyce Marcella Hardeman in the amount of Seventy-Five Thousand and 00/100 Dollars ($75,000.00) (collectively, the "**Settlement Payment**") to the Trustee within ten (10) days after entry of an Order approving this settlement in full satisfaction of all claims brought by Debtors in the State Lawsuit against Defendant Andrea Natasha Jutta Fox ("**Defendant**"). The Trustee, upon receipt of the full payment of the Settlement Payment in good funds, shall be deemed to have released any and all potential claims which the

Trustee, on behalf of the Debtor and the Bankruptcy Estate, could have in connection with the State Lawsuit. The terms of the settlement are set forth in full in the Full and Final Release as to both Debtor Hillery LeWayne Hardeman and Debtor Joyce Marcella Hardeman, which are attached hereto as **Exhibit A**, and incorporated herein by reference.

12. Under the *Order Approving Employment of Daspit Law Firm, PLLC as Special Counsel on Contingency Fee Basis*, the Daspit Law Firm is entitled to fees in the amount of forty-four percent (44%), plus expenses of Two Thousand Four Hundred Fifty-Five and 85/100 Dollars ($2,455.85), for a total amount of One Hundred One Thousand and Four Hundred Fifty-Five and 85/100 Dollars ($101,455.85) ("**Daspit Fee**"). The Trustee proposes to pay the Daspit Law Firm the amount of One Hundred One Thousand and Four Hundred Fifty-Five and 85/100 Dollars ($101,455.85).

13. Various medical providers, including a litigation funding company ("**Medical Providers**") asserted liens on the proceeds related to Joyce Hardeman totaling Seventy Thousand, Six Hundred Eighty-Seven and 17/100 Dollars ($70,687.17), and related to Hillery Hardeman totaling Ninety-Nine Thousand Two Hundred Forty-Four and 33/100 Dollars ($99,244.33) (collectively, "**Medical Liens**"). They are as follows:

Joyce Hardeman

    (a)    $996.00 – Century Integrated Partners, LLP

    (b)    $2,537.88 – Texas Radiology Associates, LLP

    (c)    $265.18 – Baylor Scott & White Medical Center – Centennial

    (d)    $2,041.39 – Allay Spine and Pain, PLLC

    (e)    $620.11 – CVS Health Corporation

    (f)    $359.67 – PeopleFirst Pharmacy

    (g)    $1,030.00 – Singleton Associates, PA

(h) $2,548.00 – All Injury McKinney

(i) $3,464.00 – DFW Open MRI

(j) $1,494.00 – ASP Cares Pharmacy

(k) $5,700.00 – Lone Star Neurology

(l) $5,930.00 – Elevate Health Clinics

(m) $21,810.94 – Epic Pain & Orthopedics, PLLC

(n) $21,890.00 – Best Call Funding

Hillery Hardeman

(a) $11.61 – North Texas Pathology Associates

(b) $143.74 – Century Integrated Partners, Inc.

(c) $20,923.91 – Epic Pain & Orthopedics, PLLC

(d) $1,996.00 – Singleton Associates, PA

(e) $6,673.00 – DFW Open MRI

(f) $1,622.00 – ProMed, Inc.

(g) $249.00 – ASP Cares Pharmacy

(h) $1,000.00 – Lone Star Neurology

(i) $$6,000.00 – Lakewood Anesthesia, PLLC

(j) $60,625.07 – Peak Health Surgicare Uptown

14. It is customary in personal injury lawsuits for medical providers to reduce their claims. The Trustee proposes to pay the Medical Providers an aggregate total amount of Sixty-Seven Thousand, Nine Hundred Seventy-Two and 60/100 Dollars ($67,972.60) in a pro-rata amount of forty percent (40%) of each of their Medical Liens as follows:

Joyce Hardeman

(a) $398.40 – Century Integrated Partners, LLP

(b) $1,015.15 – Texas Radiology Associates, LLP

(c) $106.07 – Baylor Scott & White Medical Center – Centennial

(d) $816.56 – Allay Spine and Pain, PLLC

(e) $248.04 – CVS Health Corporation

(f) $143.87 – PeopleFirst Pharmacy

(g) $412.00 – Singleton Associates, PA

(h) $1,019.20 – All Injury McKinney

(i) $1,385.60 – DFW Open MRI

(j) $597.60 – ASP Cares Pharmacy

(k) $2,280.00 – Lone Star Neurology

(l) $2,372.00 – Elevate Health Clinics

(m) $8,724.38 – Epic Pain & Orthopedics, PLLC

(n) $8,756.00 - Best Call Funding

<u>Hillery Hardeman</u>

(a) $4.64 – North Texas Pathology Associates

(b) $57.50 – Century Integrated Partners, Inc.

(c) $8,369.56 – Epic Pain & Orthopedics, PLLC

(d) $798.40 – Singleton Associates, PA

(e) $2,669.20 – DFW Open MRI

(f) $648.80 – ProMed, Inc.

(g) $99.60 – ASP Cares Pharmacy

(h) $400.00 – Lone Star Neurology

(i) $2,400.00 – Lakewood Anesthesia, PLLC

(j) $24,250.03 – Peak Health Surgicare Uptown

Additionally, if funds remain in the estate after payment of administrative expenses and unsecured claims pursuant to 11 U.S. C. § 726(a)(1) and (2), the Medical Providers will be paid pro-rata from the remaining proceeds in the estate. These payments are in full satisfaction of any claims of the Medical Providers.

15. The Medical Providers are being served with a copy of this Motion.

## IV. RELIEF REQUESTED

16. Pursuant to FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a), the Trustee requests that the Court approve the foregoing settlement.

17. Rule 9019(a) provides, in pertinent part, that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise and settlement."

18. In deciding whether to approve a proposed settlement agreement or compromise of controversy, a bankruptcy court should consider the following factors:

   a. the probability of success on the merits and the resolution of the dispute;

   b. the complexity of the litigation being settled;

   c. the expense, inconvenience and delay associated with litigating the dispute; and

   d. the paramount interests of creditors.

*Foster Mortgage Corp. v. Connecticut General Life Ins. Co. (In re Foster Mortgage Corp.)*, 68 F.3d 914 (5th Cir. 1996); *Texas Extrusion Corp. v. Lockheed Corp. (In re Texas Extrusion Corp.)*, 844 F.2d 1142, 1158-59 (5th Cir. 1988), *cert. denied*, 105 S. Ct. 31 (1989); *U.S. v. Aweco, Inc. (In re Aweco, Inc.)*, 752 F.2d 293, 298 (5th Cir. 1984), *cert. denied*, 469 U.S. 880 (1984).

19. While it is necessary for the proponent of a compromise to set forth the factual and legal basis for the compromise so the court can make an intelligent and informed evaluation of the

proposed settlement, it is not incumbent upon the proponent to present a mini-trial or a full evidentiary hearing. *Texas Extrusion*, 844 F.2d at 1158-59; *Aweco*, 725 F.2d at 298.

20. The issues are uncertain and the Estate does not have extensive assets. In order to avoid the expense and uncertainty in the continuing litigation of the State Lawsuit on behalf of the Debtor and her Estate, the Trustee prays that the settlement be approved as being in the best interest of the Estate and the creditors.

## V. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that the Court approve the requested compromise and for such other and further relief as she may show herself to be justly entitled.

**DATED: August 22, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:    /s/ *Todd A. Hoodenpyle*
      Larry A. Levick
      State Bar No. 12252600
      levick@singerlevick.com
      Todd A. Hoodenpyle
      State Bar No. 00798265
      hoodenpyle@singerlevick.com
16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax:    972.380.5748

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below, and to the parties shown on the attached Service List (which includes the Medical Providers listed below) via first-class mail, postage prepaid, on this 22nd day of August, 2025.

| | |
|---|---|
| **DEBTOR:**<br>Hillery and Joyce Hardeman<br>220 Convention Drive, Apt. 3132<br>Fairview, TX 75069<br>**VIA ECF Noticing through their attorney** | **ATTORNEYS FOR DEBTOR:**<br>C. Daniel Herrin<br>Herrin Law, PLLC<br>4925 Greenville Avenue, Suite 455<br>Dallas, TX 75206<br>**VIA ECF Noticing** |
| **MEDICAL PROVIDER:**<br>All Injury McKinney (McKinney Injury Rehab)<br>1970 N. Central Expy, Suite 170<br>McKinney, TX 75070<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>Allay Spine and Pain, PLLC<br>3725 S. Lake Forest Drive, Suite 114<br>McKinney, TX 75070-1689<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>ASP Cares Pharmacy<br>4309 Lemmon Avenue<br>Dallas, TX 75219<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>Baylor Scott & White Medical Center – Centennial<br>12505 Lebanon Road<br>Frisco, TX 75035<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>Century Integrated Partners, Inc.<br>4835 LBJ Freeway, Suite 900<br>Dallas, TX 75244<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>CVS Health Corporation<br>7230 Preston Road<br>Frisco, TX 75034<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>DFW Open MRI<br>3801 W President George Bush Hwy., Suite 118<br>Plano, TX 75075<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>Elevate Health Clinics<br>712 N Washington Avenue, Suite 200<br>Dallas, Texas 75246<br>**VIA First Class Mail, Postage Prepaid** |

| | |
|---|---|
| **MEDICAL PROVIDER:**<br>Epic Pain & Orthopedics<br>4225 Office Parkway Suite 200<br>Dallas, TX 75204-3628<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>Lakewood Anesthesia, PLLC<br>PO Box 140233<br>Dallas, TX 75214<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>Lone Star Neurology<br>5375 Coit Road, Suite 130<br>Frisco, TX 75035<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>North Texas Pathology Associates<br>7501 Lakeview Parkway, Suite 160<br>Rowlett, TX 75088<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>Peak Health Surgicare Uptown<br>1190 N. Haskell Avenue,<br>Dallas, TX 75204<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>Peak Health Surgicare Uptown<br>610 N. Coit Road, Suite 2100<br>Richardson, TX 75080<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>PeopleFirst Pharmacy<br>2501 E. Hebron Prkwy, Suite #100A<br>Carrollton, TX 75010<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>ProMed, Inc.<br>7125 Marvin D. Young Fwy., Suite 325<br>Dallas, TX 75237<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>Singleton Associates, PA<br>P.O. Box 208108<br>Dallas, TX 75320<br>**VIA First Class Mail, Postage Prepaid** | **MEDICAL PROVIDER:**<br>Texas Radiology Associates, LLP<br>P.O. Box 2285<br>Indianapolis, IN 46206<br>**VIA First Class Mail, Postage Prepaid** |
| **MEDICAL PROVIDER:**<br>Best Call Funding<br>2028 Buffalo Trace, 1st Floor, Suite 24<br>Houston, TX 77019<br>**VIA First Class Mail, Postage Prepaid** | |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>John M. Vardeman<br>Office of the US Trustee<br>110 N. College Avenue, Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

                                            /s/ *Todd A. Hoodenpyle*
                                            Todd A. Hoodenpyle

CAUSE NO. 296-01901-2023

| | | |
|---|---|---|
| MICHELLE H. CHOW, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOYCE M. HARDEMAN AND HILLERY L. HARDEMAN | § § § § § § § | IN THE DISTRICT COURT |
| Plaintiff, | | |
| v. | § § § | COLLIN COUNTY, TEXAS |
| ANDREA NATASHA JUTTA FOX, | § § § | |
| Defendant. | § | 296th JUDICIAL DISTRICT |

## FULL AND FINAL RELEASE

KNOW ALL MEN BY THESE PRESENTS, THAT I, MICHELLE H. CHOW, TRUSTEE FOR THE BANKRUPTCY ESTATE OF HILLERY HARDEMAN, for the sole consideration of ONE HUNDRED FIFTY THOUSAND AND 00/100 Dollars ($150,000.00), to me in hand paid by or on behalf of ANDREA NATASHA JUTTA FOX and BRENDA WILSON, the receipt of which is hereby acknowledged, have released and discharged, and by these presents do, for myself solely in the capacity as bankruptcy trustee, on behalf of Debtors Joyce M. Hardeman and Hillery L. Hardman, and on behalf of the bankruptcy estate of Joyce M. Hardeman and Hillery L. Hardeman, release and forever discharge the said ANDREA NATASHA JUTTA FOX and BRENDA WILSON, their agents, attorneys, assigns, executors, employees, insurers, predecessors, successors, representatives and all other persons, firms or corporations in privity with them, of and from any and all claims, demands, damages, actions, causes of action, or suits at law or in equity, of whatsoever kind or nature, for or because of any matter or thing done, omitted, or suffered to be done by said ANDREA NATASHA JUTTA FOX and BRENDA WILSON prior to and including the date hereof, and particularly on account of all damages to

PAGE 1 – FULL AND FINAL RELEASE

**EXHIBIT A**

person or property resulting, or to result, from an incident which occurred on or about June 6, 2021, in COLLIN County, Texas.

This Full and Final Release is subject to approval by the Bankruptcy Court in Case Number 24-41400 styled *In re Joyce M. Hardeman and Hillery L. Hardeman* filed in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division. The Parties acknowledge that this Full and Final Release must be approved by the Bankruptcy Court in order to be enforceable. No later than three (3) business days after the execution of this Full and Final Release by all Parties, the Trustee will file with the Bankruptcy Court a motion to approve this Full and Final Agreement under FED. R. BANKR. P. 9019 ("**9019 Motion**"). The Parties agree to execute all documents reasonably required, and to file and serve all motions or pleadings reasonably necessary, to obtain all required approvals from the Bankruptcy Court of this Full and Final Release and to otherwise carry out the terms and provisions of this Full and Final Release. The Parties and/or their counsel additionally agree to provide reasonable cooperation and assistance, if necessary, at any hearing seeking Bankruptcy Court approval of this Full and Final Release.

In the event the Bankruptcy Court fails to approve this Full and Final Release, this Full and Final Release will be null and void and of no further force or effect whatsoever.

It is understood and agreed that the payment of said sum is not to be construed as an admission of any liability whatsoever on the part of the parties hereby released.

Michelle H. Chow represents and warrants that, by virtue of Joyce M. Hardeman and Hillery L. Hardeman filing a petition for bankruptcy under Chapter 7 of the Bankruptcy Code, she is the only authorized owner and signatory of the claims of Hillery L. Hardeman which are being released herein and that the Trustee has not sold, transferred or assigned such claims to any third parties.

The Trustee warrants that she has read this release and fully understand it is a compromise settlement release as to any and all matters aforesaid, whether now known or which may hereafter develop. The Trustee further warrants that no representation of any kind or character has been made to her by any person as an inducement for the execution of this release and that the undersigned is of legal age and legally competent to execute this release.

We further understand that no person or persons has authority for or on behalf of the parties hereby released to make any representations or promises or offer any consideration not expressed herein.

IN WITNESS HEREOF, we have hereunto set our hand this 22nd day of August, 2025.

THIS IS A RELEASE IN FULL

_____
MICHELLE H. CHOW
TRUSTEE FOR THE BANKRUPTCY ESTATE OF
HILLERY HARDEMAN

Subscribed and sworn to on this 22nd day of August, 2025.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

TERESA GUILLORY
My Notary ID # 4654699
Expires June 27, 2027

CAUSE NO. 296-01901-2023

| | | |
|---|---|---|
| MICHELLE H. CHOW, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOYCE M. HARDEMAN AND HILLERY L. HARDEMAN | § § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | COLLIN COUNTY, TEXAS |
| ANDREA NATASHA JUTTA FOX, | § § | |
| Defendant. | § | 296th JUDICIAL DISTRICT |

## FULL AND FINAL RELEASE

KNOW ALL MEN BY THESE PRESENTS, THAT I, MICHELLE H. CHOW, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOYCE HARDEMAN, for the sole consideration of SEVENTY-FIVE THOUSAND AND 00/100 Dollars ($75,000.00), to me in hand paid by or on behalf of ANDREA NATASHA JUTTA FOX and BRENDA WILSON, the receipt of which is hereby acknowledged, have released and discharged, and by these presents do, for myself solely in the capacity as bankruptcy trustee, on behalf of Debtors Joyce M. Hardeman and Hillery L. Hardman, and on behalf of the bankruptcy estate of Joyce M. Hardeman and Hillery L. Hardeman, release and forever discharge the said ANDREA NATASHA JUTTA FOX and BRENDA WILSON, their agents, attorneys, assigns, executors, employees, insurers, predecessors, successors, representatives and all other persons, firms or corporations in privity with them, of and from any and all claims, demands, damages, actions, causes of action, or suits at law or in equity, of whatsoever kind or nature, for or because of any matter or thing done, omitted, or suffered to be done by said ANDREA NATASHA JUTTA FOX and BRENDA WILSON prior to and including the date hereof, and particularly on account of all damages to person or property

resulting, or to result, from an incident which occurred on or about June 6, 2021, in COLLIN County, Texas.

This Full and Final Release is subject to approval by the Bankruptcy Court in Case Number 24-41400 styled *In re Joyce M. Hardeman and Hillery L. Hardeman* filed in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division. The Parties acknowledge that this Full and Final Release must be approved by the Bankruptcy Court in order to be enforceable. No later than three (3) business days after the execution of this Full and Final Release by all Parties, the Trustee will file with the Bankruptcy Court a motion to approve this Full and Final Agreement under FED. R. BANKR. P. 9019 ("**9019 Motion**"). The Parties agree to execute all documents reasonably required, and to file and serve all motions or pleadings reasonably necessary, to obtain all required approvals from the Bankruptcy Court of this Full and Final Release and to otherwise carry out the terms and provisions of this Full and Final Release. The Parties and/or their counsel additionally agree to provide reasonable cooperation and assistance, if necessary, at any hearing seeking Bankruptcy Court approval of this Full and Final Release. The parties hereto intend that all sums set forth herein constitute damages on account of personal injuries or sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended

In the event the Bankruptcy Court fails to approve this Full and Final Release, this Full and Final Release will be null and void and of no further force or effect whatsoever.

It is understood and agreed that the payment of said sum is not to be construed as an admission of any liability whatsoever on the part of the parties hereby released.

Michelle H. Chow represents and warrants that, by virtue of Joyce M. Hardeman and Hillery L. Hardeman filing a petition for bankruptcy under Chapter 7 of the Bankruptcy Code, she

is the only authorized owner and signatory of the claims of Joyce Hardeman which are being released herein and that the Trustee has not sold, transferred or assigned such claims to any third parties.

The Trustee warrants that she has read this release and fully understand it is a compromise settlement release as to any and all matters aforesaid, whether now known or which may hereafter develop. The Trustee further warrants that no representation of any kind or character has been made to her by any person as an inducement for the execution of this release and that the undersigned is of legal age and legally competent to execute this release.

We further understand that no person or persons has authority for or on behalf of the parties hereby released to make any representations or promises or offer any consideration not expressed herein.

IN WITNESS HEREOF, we have hereunto set our hand this 22nd day of August, 2025.

THIS IS A RELEASE IN FULL

_____
MICHELLE H. CHOW
TRUSTEE FOR THE BANKRUPTCY ESTATE OF
JOYCE HARDEMAN

Subscribed and sworn to on this 22nd day of August, 2025.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

TERESA GUILLORY
My Notary ID # 4654699
Expires June 27, 2027

PAGE 3 – FULL AND FINAL RELEASE