| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 21-41400<br>Eastern District of Texas<br>Sherman<br>Fri Aug 22 14:07:47 CDT 2025 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 |
| Oliphant Financial, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Specialized Loan Servicing LLC<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 |
| Plano - U. S. Bankruptcy Court<br>Suite 300B<br> 660 North Central Expressway<br>Plano, TX 75074-6795 | AT&T Moblity II, LLC<br>One AT&T Way<br>Room 3a104<br>Bedminster, NJ 07921-2693 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| Ace Cash Express<br>1231 Greenway Drive<br>Suite 600<br>Irving, TX 75038-2511 | Ad Astra Recovery Service<br>7330 W. 33rd Street N.<br>Suite 118<br>Wichita, KS 67205-9370 | American Credit Acceptance<br>d/b/a Auto Finance<br>961 East Main Street<br>Spartanburg, SC 29302-2149 |
| American Profit Recovery<br>34505 W. 12 Mile Rd<br>Suite 333<br>Farmington, MI 48331-3288 | Attorney General Child Support<br>Attn: Bankrupcy<br>PO Box 12017 Credit Group<br>Austin, Texas 78711-2017 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, Texas 75069-3276 |
| Capital One Bank (USA), N.A.<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Charter Communications, Inc.<br>400 Atlantic Street<br>Stamford, CT 06901-3512 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit Systems International, Inc.<br>1277 Country Club Lane<br>Fort Worth, TX 76112-2304 | CubeSmart Self Storage<br>8749 Wade Blvd<br>Frisco, TX 75034-5855 | Enhanced Recovery Company<br>PO Box 57610<br>Jacksonville, FL 32241-7610 |
| First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | Hillcrest, Davidson, and Associates LLC<br>715 N Glenville Dr<br>#450<br>Richardson, TX 75081-2898 | IC Systems, Inc.<br>P.O. Box 64378<br>St Paul, MN 55164-0378 |
| Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding LLC its successors and assi<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Law Office of Gerald M. Shapiro, LLP<br>13105 Northwest Freeway<br>Suite 1200<br>Houston, TX 77040-6355 | Medical Center Of Plano<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |

| | | |
|---|---|---|
| Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Monterey Financial Services, LLC<br>4095 Avenide de la Plata<br>Oceanside, CA 92056-5802 | National Credit Adjusters, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 3023 - 327 W. 4th Ave.<br>Hutchinson, KS 67504-3023 |
| Overture Fairview<br>220 Convention Drive<br>McKinney, TX 75069-6859 | Plusfour Inc<br>2600 Paseo Verde Pkwy Suite 101<br>Henderson, NV 89074-7165 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (c)SPECIALIZED LOAN SERVICING, LLC<br>8742 KENDRICK CASTILLO WAY STE 300<br>HIGHLANDS RANCH CO  80129-3155 | Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 | The Bank of Missouri<br>916 North Kings Highway<br>Perryville, MO 63775-1204 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-1600 | Daniel Herrin<br>Herrin Law, PLLC<br>4925 Greenville Ave<br>Suite 455<br>Dallas, TX 75206-4055 |
| Hillery Lewayne Hardeman<br>220 Convention Drive<br>#3132<br>Fairview, TX 75069-6987 | Jared Capps<br>Daspit Law Firm<br>600 N Pearl St, Suite S2205<br>Dallas, TX 75201-7454 | Joyce Marcella Hardeman<br>220 Convention Drive<br>#3132<br>Fairview, TX 75069-6987 |
| (p)MICHELLE H  CHOW<br>16200 ADDISON ROAD SUITE 140<br>ADDISON TX 75001-5377 | Warren V. Norred<br>Norred Law PLLC<br>515 E. Border Street<br>Arlington, TX 76010-7402 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Michelle Chow<br>Chapter 7 Bankruptcy Trustee<br>16200 Addison Road, Suite 140<br>Addison, TX 75001 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     1<br>Total                  47 |