**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO 21-41400** |
| **HILLERY LEWAYNE HARDEMAN** | § | |
| **and JOYCE MARCELLA HARDEMAN,** | § | **(Chapter 7)** |
| | § | |
| **DEBTORS.** | § | |

---

### ORDER GRANTING AGREED MOTION TO CONTINUE HEARING

---

**CAME ON FOR CONSIDERATION** the *Agreed Motion to Continue Hearing* ("**Agreed Motion**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Bankruptcy Estate ("**Estate**") of Hillery Lewayne Hardeman and Joyce Marcella Hardeman ("**Debtors**"), by and through her counsel of record, Singer & Levick, P.C., in regards to the *Trustee's Objections to Amended Exemptions* ("**Objection**") (**Dkt.045**) and the Court, finding that notice of the Agreed Motion was adequate under the circumstances and that good cause exists for granting same, and noting that Debtors have agreed to the relief requested, is of the opinion that the Agreed Motion should be granted.  It is therefore

**ORDERED, ADJUDGED and DECREED** that the *Agreed Motion to Continue Hearing* is hereby **GRANTED**.  It is further

**ORDERED, ADJUDGED and DECREED** that the hearing on the *Trustee's Objections to Amended Exemptions* is continued to **May 26, 2026** at **9:30 AM (CT)** and shall be heard in the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas.  It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee or her counsel shall give notice of this continued hearing by forwarding a copy of this Order by the most expedient means

available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Agreed Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.  It is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED**.

Signed on 2/24/2026

_Brenda T. Rhoades_   KC
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE