## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO 21-41400** |
| **HILLERY LEWAYNE HARDEMAN** | § | |
| **and JOYCE MARCELLA HARDEMAN,** | § | **(Chapter 7)** |
| | § | |
| **DEBTORS.** | § | |

### NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that the March 3, 2026 hearing scheduled on the *Trustee's Objections to Amended Exemptions* (**Dkt.045**) filed by Michelle H. Chow, Chapter 7 Trustee of the Bankruptcy Estate of Hillery Lewayne Hardeman and Joyce Marcella Hardeman, by and through her counsel, Singer & Levick, P.C., has been continued to **Tuesday, May 26, 2026** at **9:30 AM** before the Honorable Brenda T. Rhoades, United States Chief Bankruptcy Judge for the Eastern District of Texas, Sherman Division, 660 N. Central Expressway, Third Floor, Plano, Texas 75074. A true and correct copy of the *Order Granting Agreed Motion to Continue Hearing* (**Dkt.053**) is attached hereto as **Exhibit A**.

**DATED: February 24, 2026**

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By:    /s/ *Larry A. Levick*
       Larry A. Levick
       State Bar No. 12252600

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com

**GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE**

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below, on this 24th day of February, 2026.

| **DEBTORS:**<br>Hillery and Joyce Hardeman<br>220 Convention Drive, Apt. 3132<br>Fairview, TX 75069<br>**VIA ECF Noticing through their attorney** | **ATTORNEYS FOR DEBTORS:**<br>Clayton L. Everett<br>Norred Law, PLLC<br>515 E. Border Street, Suite 163<br>Arlington, TX 76010<br>**VIA ECF Noticing** |
| --- | --- |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

                     /s/ *Larry A. Levick*
                     Larry A. Levick

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO 21-41400** |
| **HILLERY LEWAYNE HARDEMAN** | § | |
| **and JOYCE MARCELLA HARDEMAN,** | § | **(Chapter 7)** |
| | § | |
| **DEBTORS.** | § | |

### ORDER GRANTING AGREED MOTION TO CONTINUE HEARING

**CAME ON FOR CONSIDERATION** the *Agreed Motion to Continue Hearing* ("**Agreed Motion**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Bankruptcy Estate ("**Estate**") of Hillery Lewayne Hardeman and Joyce Marcella Hardeman ("**Debtors**"), by and through her counsel of record, Singer & Levick, P.C., in regards to the *Trustee's Objections to Amended Exemptions* ("**Objection**") (**Dkt.045**) and the Court, finding that notice of the Agreed Motion was adequate under the circumstances and that good cause exists for granting same, and noting that Debtors have agreed to the relief requested, is of the opinion that the Agreed Motion should be granted.  It is therefore

**ORDERED, ADJUDGED and DECREED** that the *Agreed Motion to Continue Hearing* is hereby **GRANTED**.  It is further

**ORDERED, ADJUDGED and DECREED** that the hearing on the *Trustee's Objections to Amended Exemptions* is continued to **May 26, 2026** at **9:30 AM (CT)** and shall be heard in the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas.  It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee or her counsel shall give notice of this continued hearing by forwarding a copy of this Order by the most expedient means

available, including electronic or telephonic transmission, or otherwise by First Class United States

Mail, to all parties listed in the certificate of service contained in the Agreed Motion and shall

evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled

hearing.  It is further

     **ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to

hear and determine all matters arising from or related to the implementation, interpretation and/or

enforcement of this Order.

     **IT IS SO ORDERED**.

Signed on 2/24/2026

_Brenda T. Rhoades_ KC
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE