UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-41400 |
| Hillery Lewayne & Joyce Marcella Hardeman | § | |
| | § | (Chapter 7) |
| Debtors | § | |

ORDER GRANTING TRUSTEE'S MOTION TO PAY
INCORRECTLY DEPOSITED $1,000.00 TO THE CORRECT ESTATE

On this date, came on to be considered the TRUSTEE'S MOTION TO PAY INCORRECTLY DEPOSITED $1,000.00 TO THE CORRECT ESATE filed on behalf of Michelle H. Chow, the chapter 7 trustee of the above-referenced estate, and the Court finds that the Motion should be granted, it is therefore

ORDERED, that the Trustee may immediately pay from the Hardeman bankruptcy estate to the Hill bankruptcy estate (22-41440) the sum of $1,000.00 that was incorrectly deposited to the Hardeman estate and should be transferred to the Hill estate,

ORDERED that upon final entry of this Order, the Trustee is authorized to distribute $1,000.00 from the Hardeman bankruptcy estate to the Hill estate (22-41440), and such other and further relief as the Court may deem just and proper.

Signed on 4/14/2026

_Brenda T. Rhoades_  KC
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE