UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| | § | |
| In Re: | § | |
| | § | Case No. 21-41400 |
| Hillery L. & Joyce M. Hardeman | § | |
| | § | |
| Debtors | § | (Chapter 7) |

NOTICE OF DEPOSIT OF DIVIDEND TO THE COURT REGISTRY
UPON THE EXPIRATION OF 90 DAYS PAST ORIGINAL CHECK CUT DATE

COMES NOW Michelle H. Chow, Trustee, and files this Notice of Deposit of Dividends to the Court Registry Upon the Expiration of 90 Days Past Check Cut Date.

1. Upon the Order Granting Motion to Compromise Controversy entered September 25, 2025, docket #38, the Trustee was directed to pay certain medical providers for both the Debtor and Joint Debtor. CVS Health Corporation was allowed an amount of $248.04.

2. Checks were processed and mailed to appropriate creditors on October 9, 2025. CVS Health Corporation issued check #1005, dated October 9, 2025, in the amount of $248.05. This check was not cleared and the trustee stopped payment after 90 days in early 2026.

3. A new check was issued on March 2, 2026, check #1027, in the amount of $248.04. Trustee attempted to call CVS at the number listed per the address provided by special counsel for the medical providers. No response was given, and the check was not returned. The Trustee has stopped payment on this check since it is over 90 days old.

CVS Health Corporation
Per Order Granting Motion to Compromise Controversy entered 09/25/2025 #38
Amount allowed: $248.04
Check amount: $248.04

4. The Trustee has not received either check back, nor has the medical provider cashed the check. The Trustee has left voicemails multiple times, but they have not cashed the check. Various attempts to get the creditor to deposit their check include telephone calls and researching addresses to mail the check.

5. Pursuant to Bankruptcy Rule §347, the Trustee has stopped payment on check #1027 (and previously #1005) and will remit a total of $248.04 into the Court registry upon expiration of 90 days past the original check cut date.

6. The Trustee hereby gives notice of deposit via electronic deposit dated May 31, 2026 in the amount of $41.90 to the court registry for this claim.

/s/Michelle H. Chow
Michelle H. Chow, Trustee
16200 Addison Road Suite 140
Addison, TX 75001
214-521-6627 p
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing pleading has been served via first class mail, postage prepaid, on all parties listed on the attached service list on May 31, 2026.

/s/Michelle H. Chow
Michelle H. Chow, Trustee

Medical Provider Address per Order 09/25/2025 #38:
CVS Health Corporation
7230 Preston Road
Frisco, TX 75035