**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO 21-41400** |
| **HILLERY LEWAYNE HARDEMAN** | § | |
| **and JOYCE MARCELLA HARDEMAN,** | § | **(Chapter 7)** |
| | § | |
| **DEBTORS.** | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF WESLER & ASSOCIATES, CPA PC, AS ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE**

**CAME ON FOR CONSIDERATION** the *First and Final Application of Wesler & Associates, CPA PC, Accountant for the Chapter 7 Trustee, for Allowance of Compensation of Fees and Reimbursement of Expenses* ("**Application**") filed in the above entitled and numbered matter by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Estate ("**Estate**") of Hillery LeWayne Hardeman and Joyce Marcella Hardeman ("**Debtors**"), by and through her counsel, Singer & Levick, P.C., in regards to fees and expenses incurred by Wesler & Associates, CPAS PC, as Accountant for the Chapter 7 Trustee ("**Applicant**") for the period covering January 7, 2026 through the present date ("**Application Period**"). The Court, after reviewing the Application and finding that proper notice was given of the Application and noting that no objections have been filed to the Application; that on February 11, 2026, the Court approved the retention of Applicant as accountants for the Trustee in the instant matter pursuant to 11 U.S.C. §327 (**Dkt.049**); that Applicant's actual and necessary fees are **$742.50** for such Application Period; that Applicant's actual and necessary expenses are **$203.20** for such Application Period; and, that the Court has determined that all of the fees and expenses incurred by Applicant during the Application Period are reasonable and necessary fees and expenses, determines that sufficient cause has been shown for the Application to be granted. It is, therefore

**ORDERED, ADJUDGED and DECREED** that the *First and Final Application of Wesler & Associates, CPA PC, Accountants for the Chapter 7 Trustee, for Allowance of Compensation of Fees and Reimbursement of Expenses* is hereby **GRANTED**; it is further

**ORDERED, ADJUDGED and DECREED** that Wesler & Associates, CPA PC is awarded the sum of **$742.50** for services rendered from January 7, 2026 through the present date; it is further

**ORDERED, ADJUDGED and DECREED** that Wesler & Associates, CPA PC is awarded the sum of **$203.20** for its out-of-pocket expenses incurred from January 7, 2026 through the present date; it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is authorized to immediately pay to Wesler & Associates, CPA PC the sum of **$742.50** for its fees; it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is authorized to immediately pay to Wesler & Associates, CPA PC the sum of **$203.20** for its expenses; and, finally, it is further

**ORDERED, ADJUDGED and DECREED** that the Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Signed on 06/03/2026

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE