**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO 21-41400** |
| **HILLERY LEWAYNE HARDEMAN** | § | |
| **and JOYCE MARCELLA HARDEMAN,** | § | **(Chapter 7)** |
| | § | |
| **DEBTORS.** | § | |

**AGREED ORDER GRANTING MOTION TO COMPROMISE
CONTROVERSY WITH DEBTORS AND ORDER ON
TRUSTEE'S OBJECTIONS TO AMENDED EXEMPTIONS**

**CAME ON** for consideration the *Motion to Compromise Controversy with Debtors* ("**Motion**") (**Dkt.059**) filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the bankruptcy Estate ("**Estate**") of Hillery LeWayne Hardeman and Joyce Marcella Hardeman ("**Debtors**"), seeking approval of the settlement ("**Settlement**") with the Debtors regarding *Trustee's Objections to Amended Exemptions* ("**Objection**") (**Dkt.045**) and any future claims to exemptions that Debtors may or could assert.  The Court, after due deliberation and a review of the evidence presented, and seeing that no objection has been filed to the Motion by any interested party, finds that good cause has been shown for the relief sought.  Accordingly, the Court finds as follows:

1.      The Trustee's decision to compromise and settle with Debtors under the terms described in the Motion is fair and reasonable and in the best interest of the Estate, its creditors and parties in interest.

2.      The decision to enter into the Settlement is a proper exercise of the Trustee's prudent business judgment.

3.      The Motion complies with all applicable Fifth Circuit law regarding FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019.

4.      Proper and adequate notice of the Motion has been given, and no other or further notice is necessary.

**IN CONSIDERATION OF THE FOREGOING**, the Court finds that the Motion should be and hereby is **GRANTED**.  Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that the Settlement is approved as set forth in this Order.  It is further

**ORDERED, ADJUDGED and DECREED** that all capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms as set forth in the Motion.  It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is hereby directed and authorized to execute any and all documents necessary to effectuate the Settlement.  It is further

**ORDERED, ADJUDGED and DECREED** that Debtors are allowed a limited exemption in the amount of Twenty Thousand and 00/100ths Dollars (**$20,000.00**) in the Amended Exemption Claim described as "Hillery re car accident on June 6, 2021" in the amount of $150,000.00 (**Dkt.042:P.19**) and "Joyce re car accident on June 6, 2021" in the amount of $75,000.00 (**Dkt.042:P.19**) ("**Amended Exemption Claim**").  It is further

**ORDERED, ADJUDGED and DECREED** that within twenty (20) days after entry of this Order, the Michelle H. Chow, Chapter 7 Trustee, shall pay the sum of Twenty Thousand and 00/100ths Dollars (**$20,000.00**) ("**Settlement Payment**") to Hillery LeWayne Hardeman and Joyce Marcella Hardeman in full satisfaction of the Amended Exemption Claim and as a disbursement to Debtors Hillery LeWayne Hardeman and Joyce Marcella Hardeman on account of their Amended Exemption Claim.  It is further

**ORDERED, ADJUDGED and DECREED** that following payment to the Debtors, all other claimed exemptions of Debtors, currently asserted or asserted in the future, related to the matter styled *Joyce M. Hardeman and Hillery LeWayne Hardeman v. Andrea Natasha Jutta Fox*, Cause No. DC-296-01901-2023 in the 296th Judicial District Court of Collin County, Texas ("**Lawsuit**") are hereby **DISALLOWED**.  It is further

**ORDERED, ADJUDGED and DECREED** that upon timely receipt of the Settlement Payment, Debtors shall be deemed to have released any and all potential claims which they could have against the Trustee, the Estate and/or her professionals.  It is further

**ORDERED, ADJUDGED and DECREED** that this Order disposes of the *Trustee's Objections to Amended Exemptions* (**Dkt.045**) and the *Debtors' Response to Trustee's Objections to Amended Exemptions* (**Dkt.046**).  It is further

**ORDERED, ADJUDGED and DECREED** that if any provision in this Order conflicts with the terms of the parties' agreement, the terms of this Order shall control.  Finally, it is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 6/8/2026

_____  KC
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND CONTENT:**

By:   /s/  *Larry A. Levick*
    Larry A. Levick
    State Bar No. 12252600

Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Phone:   972-380-5533
Fax:   972-380-5748
Email: levick@singerlevick.com

**ATTORNEYS FOR MICHELLE H. CHOW, CHAPTER 7 TRUSTEE**

By:   /s/  *Clayton L. Everett*
    Clayton L. Everett
    State Bar No. 24065212

Norred Law, PLLC
515 E. Border Street, Suite 163
Arlington, TX 76010
Phone:  817-704-3984
Fax:  817-524-6686
Email: clayton@norredlaw.com

**ATTORNEYS FOR DEBTORS HILLERY LEWAYNE HARDEMAN AND JOYCE MARCELLA HARDEMAN**